566

*Messrs. Paul D. Miller* and *W. Marvin Smith* for the United States.

No. 958. ERIE R. Co. *v.* BOOTH. May 31, 1932. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Welles V. Moot* for petitioner. *Mr. Hamilton Ward* for respondent.

No. 961. COMERIATO ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Raymond Gordon* for petitioners. No appearance for the United States.

No. 968. BIEMER *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frederick W. Greene* for petitioner. No appearance for the United States.

No. 969. STANDARD ACCIDENT INS. Co., INC. *v.* MESSERVEY. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas R. Wheeler* for petitioner. *Mr. Wm. B. Mahoney* for respondent.

No. 970. PELLEGRINO *v.* ADERHOLD, WARDEN. May 31, 1932. Petition for writ of certiorari to the Circuit Court